NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAREN JOHNSON,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2009-3292

---

Petition for review of an arbitrator's decision in FMCS No. 090602-57266-1 by Alfred O. Haynes, Sr.

---

**ON MOTION**

---

**ORDER**

Upon consideration of the petitioner's motion for a 14-day enlargement of time to file her corrected joint appendix,

IT IS ORDERED THAT:

The motion is granted. The corrected joint appendix is due within 14 days of the date of filing of this order.

FOR THE COURT

**JUN 0 3 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Phillip R. Kete, Esq.
     Hillary A. Stern, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 0 3 2010**

**JAN HORBALY**
**CLERK**